IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

Plaintiff,

v.

JESSIE L. ROBINSON,

Defendant. No. 08-30263-DRH

### ORDER

**HERNDON, Chief Judge:**

Pending before the Court is Defendant's second motion to continue sentencing (Doc. 34). Based on the reasons stated in the motion, the Court **GRANTS** the motion. The Court **CONTINUES** the sentencing to October 9, 2009 at 10:30 a.m.

**IT IS SO ORDERED.**

Signed this 27th day of July, 2009.

/s/ David R Herndon
**Chief Judge**
**United States District Court**