IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA,            ) | |
| )  | |
| Plaintiff,     ) | |
| )  | CRIMINAL NO.  08-30263-DRH |
| vs.                                  ) | |
| )  | |
| JESSIE L. ROBINSON,                  ) | |
| )  | |
| Defendant.     ) | |

## ORDER OF FINDING OF NO THIRD-PARTY INTERESTS

On June 26, 2009, this court entered an Order for forfeiture against defendant Jessie L. Robinson, for the following property which had been seized from said defendant:

1. **A Taurus, Model PT 92, 9mm semi-automatic pistol, bearing serial number TLB367D; and**

2. **All ammunition contained within the aforesaid firearm.**

Said order further provided that the government would provide an opportunity for persons to claim a legal interest in the property pursuant to 21 U.S.C. § 853(n)(1).

The court notes that notice was published by the government on an official government website, www.forfeiture.gov, for 30 consecutive days beginning July 26, 2009, and ending August 24, 2009, and that no third party filed a petition within 30 days after the last date of said publication to allege an interest in the property.

Consequently, the court hereby finds, pursuant to 21 U.S.C. § 853(n)(7) that no third-party petitions were filed and that the United States of America has clear title to the above-described property that is the subject of the Order of Forfeiture filed on June 26, 2009, namely:

1

1. A Taurus, Model PT 92, 9mm semi-automatic pistol, bearing serial number TLB367D; and

2. All ammunition contained within the aforesaid firearm.

The Bureau of Alcohol, Tobacco, Firearms and Explosives shall dispose of the property according to law.

**DATE: October 29, 2009**

/s/     *DavidRHerndon*

**Chief Judge
United States District Court**